Interlocutory judgment reversed, with costs, and demurrer sustained and final judgment ordered dismissing the complaint as to the appellant, with costs.

Fourth Appellate Department, January, 1901. Reported. 57 App. Div. 635.

In the Matter of the Petition of GEORGE W. PECK, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 25,679, issued to NORMAN B. CARGILL, Appellant.

Order affirmed with costs.

All concurred.